IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEVIN LEE JOHNSON**                                                         **PLAINTIFF**

V.                 **CASE NO. 3:16-CV-219-BD**

**CRITTENDEN COUNTY
DETENTION CENTER, et al.**                                       **DEFENDANTS**

## **ORDER**

Mr. Johnson, through his attorney, has responded to the Defendants' motion for summary judgment, asking the Court either to deny the Defendants' motion or to stay a ruling pending additional discovery. (Docket entry #33) Counsel for Mr. Johnson explains that his firm was retained after Mr. Johnson was served with the Defendants' motion for summary judgment and needs additional time to conduct discovery.

Defendants have not responded to the Plaintiff's request for additional time. For good cause, the parties are granted additional time to complete discovery. The discovery deadline is now July 14, 2017.

Mr. Johnson's response to the Defendants' pending motion for summary judgment is now due on or before July 31, 2017.

IT IS SO ORDERED, this 12th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE