## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KEVIN LEE JOHNSON                                                    PLAINTIFF

V.                              CASE NO. 3:16-CV-219-BD

CRITTENDEN COUNTY
DETENTION CENTER, et al.                                            DEFENDANTS

## <u>ORDER</u>

Mr. Johnson has moved to amend his complaint. (Docket entry #36) Defendants objected to Mr. Johnson's motion because he did not attach a proposed amended complaint, thus allowing him to "'plead around' Defendants' Motion for Summary Judgment." (#37) Mr. Johnson subsequently filed his proposed amended complaint. (#38)

Based on a review of both Mr. Johnson's original complaint and his amended complaint, the motion to amend (#27) is GRANTED. In his amended complaint, Mr. Johnson clarifies the claims made in his original complaint. The Clerk, however, is instructed to terminate Defendants Cody and Allen as party Defendants.

In addition, Mr. Johnson has moved for leave to propound fourteen additional interrogatories to the Defendants. (#40) The Court cannot rule on that motion without first reviewing the proposed interrogatories. Mr. Johnson has fourteen days to supplement his motion with the proposed interrogatories. Defendants will have fourteen days from the date the supplement is filed to respond to Mr. Johnson's motion.

IT IS SO ORDERED, this 20th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE