IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEVIN LEE JOHNSON**                                                                                     **PLAINTIFF**

**V.**                   **CASE NO. 3:16-CV-219-BD**

**CRITTENDEN COUNTY**
**DETENTION CENTER, et al.**                                               **DEFENDANTS**

## ORDER

With leave of the Court, Mr. Johnson has amended his complaint to add Mandy Childress as a party Defendant. (#38) The Clerk is instructed to prepare a summons for Defendant Childress; and the United States Marshal is directed to serve her with copies of the complaint, the supplement to his complaint, and the amended complaint (#1, #22, #38), with any attachments, and a summons without requiring prepayment of fees and costs or security. Service for Ms. Childress should be through the Crittenden County Detention Center, 350 AFCO Road, West Memphis, Arkansas 72301.

IT IS SO ORDERED, this 27th day of June, 2017.

                                                                     _____
                                                                     UNITED STATES MAGISTRATE JUDGE