IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN LEE JOHNSON                                              PLAINTIFF

V.                        CASE NO. 3:16-CV-219-BD

CRITTENDEN COUNTY
DETENTION CENTER, et al.                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED, this 7th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE